# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION



In the Matter of

THE CHICAGO PARK DISTRICT
v.
THE CHICAGO BEARS FOOTBALL CLUB, INC.
and THE BEARS STADIUM LLC

06CV3957
JUDGE MANNING
MAGISTRATE JUDGE SCHENKIER

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiff, The Chicago Park District

| (A) | (B) |
|---|---|
| SIGNATURE: /s/ Richard W. Burke | SIGNATURE: /s/ George J. Lynch |
| NAME: Richard W. Burke | NAME: George J. Lynch |
| FIRM: Burke, Warren, MacKay & Serritella, P.C. | FIRM: Burke, Warren, MacKay & Serritella, P.C. |
| STREET ADDRESS: 330 N. Wabash, 22nd Floor | STREET ADDRESS: 330 N. Wabash Ave., 22nd Floor |
| CITY/STATE/ZIP: Chicago, Illinois 60611-3607 | CITY/STATE/ZIP: Chicago, Illinois 60611-3607 |
| TELEPHONE NUMBER: 312-840-7000 | FAX NUMBER: 312-840-7900 | TELEPHONE NUMBER: 312-840-7000 | FAX NUMBER: 312-840-7900 |
| E-MAIL ADDRESS: rburke@burkelaw.com | E-MAIL ADDRESS: glynch@burkelaw.com |
| IDENTIFICATION NUMBER: 0344656 | IDENTIFICATION NUMBER: 1713264 |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [X] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [X] NO [ ] |
|  | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [X] |

| (C) | (D) |
|---|---|
| SIGNATURE: /s/ Aaron H. Stanton | SIGNATURE: |
| NAME: Aaron H. Stanton | NAME: |
| FIRM: Burke, Warren, MacKay & Serritella, P.C. | FIRM: |
| STREET ADDRESS: 330 N. Wabash, 22nd Floor | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, IL 60611-3607 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: 312-840-7000 | FAX NUMBER: 312-840-7900 | TELEPHONE NUMBER: | FAX NUMBER: |
| E-MAIL ADDRESS: astanton@burkelaw.com | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: 6244251 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES [ ] NO [X] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [X] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

FILED
JUL 21 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT