.IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CHICAGO PARK DISTRICT, an Illinois Municipal Corporation<br><br>Plaintiff,<br><br>v.<br><br>THE CHICAGO BEARS FOOTBALL CLUB, Inc., a Delaware Corporation, and THE CHICAGO BEARS STADIUM, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 06-CV-3957<br><br>Honorable Blanche M. Manning<br>Magistrate Judge Schenkier |

### DEFENDANTS' MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, TO STAY PENDING ARBITRATION

Defendants hereby move the Court, pursuant to Fed. R. Civ. P. 12(b)(1), to dismiss the Plaintiff's Complaint for lack of subject-matter jurisdiction over the claim for the reasons stated in the accompanying memorandum of law. In the alternative, Defendants move the Court, pursuant to 9 U.S.C. § 3, to stay these proceedings pending arbitration for reasons also stated in the accompanying memorandum of law.

Dated: July 31, 2006

Respectfully submitted,

The Chicago Bears Football Club, Inc. and
The Chicago Bears Stadium, LLC

By: */s/ Patricia J. Fokuo*
John N. Scholnick (ARDC #3125176)
Jay Williams (ARDC # 6195934)
Patricia J. Fokuo (ARDC #6277431)
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500 (telephone)
(312) 258-5600 (facsimile)

## CERTIFICATE OF SERVICE

I, Patricia J. Fokuo, an attorney, hereby certify that I have served copies of the foregoing **Notice of Motion, Motion, and Memorandum In Support Of Defendants' Motion To Dismiss The Complaint Or, In The Alternative, To Stay Pending Arbitration**, by electronic filing and by Federal Express, overnight delivery, to the persons listed below on this 31st day of July, 2006.

Richard W. Burke
George J. Lynch
Aaron H. Stanton
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., 22nd Floor
Chicago, Illinois 60611-3607
Facsimile: 312-840-7900

                                                */s/  Patricia J. Fokuo*
                                                        Patricia J. Fokuo

CH2\ 1488335.1