# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THE CHICAGO PARK DISTRICT, an Illinois Municipal Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>THE CHICAGO BEARS FOOTBALL CLUB, Inc., a Delaware Corporation, and THE CHICAGO BEARS STADIUM, LLC, a Delaware Limited Liability Company,<br><br>    Defendants. | Case No. 06-CV-3957<br><br>Honorable Blanche M. Manning<br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 8, 2006, at the hour of 11:00 a.m., we shall appear before Judge Blanche M. Manning in Courtroom 2125, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in her place and stead, and shall present **Motion And Memorandum In Support Of Defendants' Motion To Dismiss The Complaint Or, In The Alternative, To Stay Pending Arbitration**, copies of which are attached hereto and herewith served upon you, at which time and place you may appear if you so see fit.

Dated: July 31, 2006

Respectfully submitted,

THE CHICAGO BEARS FOOTBALL CLUB, INC. AND THE CHICAGO BEARS STADIUM, LLC

By: */s/ Patricia J. Fokuo*
John N. Scholnick (ARDC #3125176)
Jay Williams (ARDC # 6195934)
Patricia J. Fokuo (ARDC #6277431)
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500 (telephone)
(312) 258-5600 (facsimile)

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I, Patricia J. Fokuo, an attorney, hereby certify that I have served copies of the foregoing **Notice of Motion, Motion, and Memorandum In Support Of Defendants' Motion To Dismiss The Complaint Or, In The Alternative, To Stay Pending Arbitration**, by electronic filing and by Federal Express, overnight delivery, to the persons listed below on this 31st day of July, 2006.

Richard W. Burke
George J. Lynch
Aaron H. Stanton
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., 22nd Floor
Chicago, Illinois 60611-3607
Facsimile: 312-840-7900

　　　　　　　　　　　　　　　　　　　　*/s/ Patricia J. Fokuo*
　　　　　　　　　　　　　　　　　　　　Patricia J. Fokuo

CH2\ 1488328.1