# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THE CHICAGO PARK DISTRICT, an Illinois Municipal Corporation<br><br>       Plaintiff,<br><br>       v.<br><br>THE CHICAGO BEARS FOOTBALL CLUB, Inc., a Delaware Corporation, and THE CHICAGO BEARS STADIUM, LLC, a Delaware Limited Liability Company,<br><br>       Defendants. | Case No. 06-CV-3957<br><br>Honorable Blanche M. Manning<br>Magistrate Judge Schenkier |

## DEFENDANTS' CORRECTED MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, TO STAY THESE COURT PROCEEDINGS PENDING ARBITRATION[1]

Defendants hereby move the Court, pursuant to Fed. R. Civ. P. 12(b)(1), to dismiss the Plaintiff's Complaint for lack of subject-matter jurisdiction over the claim for the reasons stated in the accompanying memorandum of law. In the alternative, Defendants move the Court, pursuant to 9 U.S.C. § 3, to stay these proceedings pending arbitration for reasons also stated in the accompanying memorandum of law.

---

[1] Defendants are filing this Corrected Motion and Memorandum merely to clarify a potential misunderstanding in the title of the original pleadings to make it clear that the relief being sought in the alternative is to stay these court proceedings and not the arbitration.

Dated: August 2, 2006

Respectfully submitted,

The Chicago Bears Football Club, Inc. And
The Chicago Bears Stadium, LLLC

By: */s/ Patricia J. Fokuo*
John N. Scholnick (ARDC #3125176)
Jay Williams (ARDC # 6195934)
Patricia J. Fokuo (ARDC #6277431)
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500 (telephone)
(312) 258-5600 (facsimile)

## CERTIFICATE OF SERVICE

I, Patricia J. Fokuo, an attorney, hereby certify that I have served copies of the foregoing **Amended Notice of Motion, Corrected Motion, and Memorandum In Support Of Defendants' Corrected Motion To Dismiss The Complaint Or, In The Alternative, To Stay These Court Proceedings Pending Arbitration**, by electronic filing and via messenger, to the persons listed below on this 2nd day of August, 2006.

Richard W. Burke
George J. Lynch
Aaron H. Stanton
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., 22nd Floor
Chicago, Illinois 60611-3607

*/s/ Patricia J. Fokuo*
Patricia J. Fokuo

CH2\ 1488335.2