# EXHIBIT 3

CH1\ 4014096.1



**SCHIFFHARDIN**LLP

6600 SEARS TOWER
CHICAGO, ILLINOIS 60606
t 312.258.5500
f 312.258.5600
www.schiffhardin.com

Gary L. Mowder
(312) 258-5514
gmowder@schiffhardin.com

February 16, 2006

**VIA FACSIMILE AND MESSENGER**

Mr. Richard W. Burke, Sr.
Burke Warren & McKay & Serritella
330 North Wabash, 22nd Floor
Chicago, Illinois 60611

    Re:    **Expedited Arbitration of Pat Down Security Checks Disagreement**

Dear Dick:

    This letter will confirm our discussion and the agreement we have reached earlier today, on behalf of our respective clients, that the period in which either party may submit their disagreement over pat down security checks to expedited arbitration pursuant to Paragraph 5 of that certain provisional agreement between the Chicago Bears Football Club, Inc. and the Chicago Park District is extended for an additional period of time expiring on March 27, 2006. In addition, neither party may terminate the provisional agreement under paragraph 8 unless expedited arbitration is not initiated on or before March 27, 2006 or such later date resulting from any further extensions that may be agreed to by the parties. All other provisions of the provisional agreement shall remain in effect.

    The reason for such extension is to allow more time for the Chicago Park District to evaluate and respond to a settlement proposal made by the Chicago Bears Football Club, Inc on January 30, 2006.

CHICAGO | WASHINGTON | NEW YORK | LAKE FOREST | ATLANTA | DUBLIN



Mr. Richard W. Burke, Sr.
February 16, 2006
Page 2

      This letter is being submitted on behalf of the Chicago Bears Football Club, Inc. Please sign and return one copy of this letter to evidence your concurrence on behalf of the Chicago Park District.

Sincerely,

Gary L. Mowder

GLM:mac

cc:    Theodore Phillips

Agreed:

_____
Richard W. Burke

CH1\ 4476154.1