**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE CHICAGO PARK DISTRICT, an Illinois Municipal Corporation<br><br>Plaintiff,<br><br>v.<br><br>THE CHICAGO BEARS FOOTBALL CLUB, Inc., a Delaware Corporation, and THE CHICAGO BEARS STADIUM, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 06-CV-3957<br><br>Honorable Blanche M. Manning<br>Magistrate Judge Schenkier |

## AMENDED[1] NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 8, 2006, at the hour of 11:00 a.m., we shall appear before Judge Blanche M. Manning in Courtroom 2125, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in her place and stead, and shall present **Corrected Motion And Memorandum In Support Of Defendants' Corrected Motion To Dismiss The Complaint Or, In The Alternative, To Stay These Court Proceedings Pending Arbitration**, copies of which are attached hereto and herewith served upon you, at which time and place you may appear if you so see fit.

---

[1] Defendants are filing this Amended Notice together with their Corrected Motion and Memorandum merely to clarify a potential misunderstanding in the title of the original pleadings to make it clear that the relief being sought in the alternative is to stay these court proceedings and not the arbitration. Neither the presentment date nor the presentment time has changed.

| | |
|---|---|
| Dated: August 2, 2006 | Respectfully submitted, |
| | THE CHICAGO BEARS FOOTBALL CLUB, INC. AND THE CHICAGO BEARS STADIUM, LLC |
| | By: */s/ Patricia J. Fokuo* <br> John N. Scholnick (ARDC #3125176) <br> Jay Williams (ARDC # 6195934) <br> Patricia J. Fokuo (ARDC #6277431) <br> SCHIFF HARDIN LLP <br> 6600 Sears Tower <br> Chicago, Illinois 60606 <br> (312) 258-5500 (telephone) <br> (312) 258-5600 (facsimile) |

## CERTIFICATE OF SERVICE

I, Patricia J. Fokuo, an attorney, hereby certify that I have served copies of the foregoing **Amended Notice of Motion, Corrected Motion, and Memorandum In Support Of Defendants' Corrected Motion To Dismiss The Complaint Or, In The Alternative, To Stay These Court Proceedings Pending Arbitration**, by electronic filing and via messenger, to the persons listed below on this 2nd day of August, 2006.

Richard W. Burke
George J. Lynch
Aaron H. Stanton
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., 22nd Floor
Chicago, Illinois 60611-3607

/s/ Patricia J. Fokuo
Patricia J. Fokuo

CH2\ 1488328.2

-2-