IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CHICAGO PARK DISTRICT, an Illinois Municipal Corporation, ) ) ) | |
| Plaintiff, ) ) | Case No. 06 C 3957 |
| v. ) ) | Hon. Blanche M. Manning |
| THE CHICAGO BEARS FOOTBALL CLUB, INC., a Delaware Corporation, and THE CHICAGO BEARS STADIUM LLC, a Delaware Limited Liability Company, ) ) ) ) ) | Magistrate Judge Schenkier |
| Defendants. ) | |

## NOTICE OF MOTION

To: Mr. John N. Scholnick
Schiff Hardin, LLP
6600 Sears Tower
Chicago, Illinois 60606-6473

PLEASE TAKE NOTICE that on Tuesday, August 8, 2006 at 11:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Blanche M. Manning in Courtroom 2125 at the Everett McKinley Dirksen Building, 219 S. Dearborn, Chicago, Illinois, and shall and there present **Plaintiff The Chicago Park District's Emergency Motion to Stay Arbitration** and **Memorandum in Support of its Emergency Motion,** copies of which are hereby served upon you.

CHICAGO PARK DISTRICT

By: s/ Aaron H. Stanton
One of its attorneys

Richard W. Burke
George J. Lynch
Aaron H. Stanton
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
(312) 840-7000 (Telephone)
(312) 840-7900 (Facsimile)
Attorney No. 41904

10934/00018/405090

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney representing Plaintiff The Chicago Park District, hereby certifies that true and correct copies of the foregoing **Plaintiff The Chicago Park District's Emergency Motion to Stay Arbitration, Memorandum in Support of its Emergency Motion** and **Notice** thereof were served upon:

>Mr. John N. Scholnick
>Schiff Hardin, LLP
>6600 Sears Tower
>Chicago, Illinois  60606-6473

by electronic transmittal this 4th day of August, 2006.

_____s/ Aaron H. Stanton_____