# EXHIBIT 3

CH1\ 4014096.1

# BURKE, WARREN, MACKAY & SERRITELLA, P.C.

22ND FLOOR  IBM PLAZA
330 NORTH WABASH AVENUE
CHICAGO, ILLINOIS 60611-3607
TELEPHONE: (312) 840-7000
FACSIMILE: (312) 840-7900

## FACSIMILE TRANSMITTAL FORM

SEND TO:    John N. Scholnick, Esq.          FAX #:           312-258-5600
            Schiff Hardin, LLP               PHONE #:         312-258-5813

DATE:       7/5/06                            CLIENT/MATTER#:  10934-12

SENT BY:    George J. Lynch, Esq.             NUMBER OF PAGES: 3
                                              (Include Cover Sheet)

ORIGINAL TO FOLLOW:

COMMENTS:

CONFIDENTIALITY NOTE:

If you have received this fax and are not the addressed recipient, please notify the sender immediately by telephone and return the original message by mail.  Thank you.

Please call our facsimile center at (312) 840-7057 if there is a problem with this fax transmission, or if you wish to confirm the transmission.

# BURKE, WARREN, MACKAY & SERRITELLA, P.C.

GEORGE J. LYNCH, ESQ.
DIRECT DIAL NUMBER
(312) 840-7008
glynch@burkelaw.com

22ND FLOOR   IBM PLAZA
330 NORTH WABASH AVENUE
CHICAGO, ILLINOIS 60611-3607
TELEPHONE (312) 840-7000
FACSIMILE (312) 840-7900
www.burkelaw.com

July 5, 2006

Via Facsimile

Ms. Melissa A. Lopez
Case Manager
American Arbitration Association
13455 Noel Road
Suite 1750
Dallas, TX 75240

    Re:   51 196 00498 06
            Chicago Bears Football Club, Inc., and Chicago Park District
            Claim: $150,000.00

Dear Ms. Lopez:

    As a follow-up to your fax of June 28, 2006, please be advised that the Chicago Park District has again restated it's position to the Chicago Bears, that this arbitration will only proceed after a judicial determination of the constitutionality of the proposed NFL mandated pat-down searches. It is the position of the Chicago Park District that such a determination can and will only be made by a court and not an arbitrator. I previously advised Mr. Scholnick of this position in May and re-advised him again today.

    Mr. Scholnick requested, after again acknowledging the aforesaid position, that we attempt to arrive at a mutually agreeable arbitrator, should this matter ultimately go to arbitration, after a court determination of the constitutionality issue.

    Based on that request, Mr. Scholnick and I reviewed the revised proposed list of arbitrators supplied by you and, pursuant to the POA of August 1, 2001, arrived at two choices. The reason for two choices was Mr. Scholnick's request. He proposes that the first choice, S. Elaine McChesney, be tentatively contacted about her availability to act at as a potential arbitrator in this matter. Mr. Scholnick and I agreed that a second choice as arbitrator, should Ms. McChesney be unacceptable to either of the parties based on her disclosures, would be Collins T. Fitzpatrick.

7/5/2006/3:21 PM/10934/00012/402079/1

# BURKE, WARREN, MACKAY & SERRITELLA, P.C.

Should you have any questions regarding the agreements of the parties to the status of this arbitration and the selection of an arbitrator, please feel free to contact Mr. Scholnick and myself for clarification.

Sincerely yours,

George J. Lynch

GJL/jz
cc: John Scholnick, Esq.