# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 3957 | **DATE** | 8/8/2006 |
| **CASE TITLE** | The Chicago Park District vs. The Chicago Bears Football Club, Inc., et al. | | |

**DOCKET ENTRY TEXT**

The CPD's complaint is dismissed because, as discussed more fully above, the CPD lacks standing to pursue a vicarious challenge to the constitutionality of pat-down searches at Soldier Field. Accordingly, all pending motions are stricken as moot. The clerk is directed to terminate this case from the court's docket.

■ [ For further detail see separate order(s).]    Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | rs |
|---|---|---|

Dockets.Justia.com